# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Casey J. Shepard

Debtor(s)

In Proceedings
Under Chapter 7

BK 10–41824–lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–6489

## ORDER CLOSING CASE

    The trustee in the above–captioned chapter 7 case having abandoned all scheduled property and having reported that there are no assets available for distribution to creditors; the trustee having performed all other duties required in the administration of the estate and there being no further matters that remain pending in the case; **IT IS ORDERED** that the abandonment of property and report of no distribution are **APPROVED**, the trustee is discharged from and relieved of his/her trust, the sureties on the trustee's bond are released from further liability in the case, and the case is **CLOSED**.

ENTERED: April 5, 2011

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:  
Casey J. Shepard  
    Debtor

Case No. 10-41824-lkg  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0754-4     User: admin     Page 1 of 1     Date Rcvd: Apr 06, 2011  
                        Form ID: 348     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2011.

```
db          +Casey J. Shepard,    304 W. Cline St.,    Marion, IL 62959-2700
2950656     +Alicia Shepard,    304 West Cline St.,    Marion, IL 62959-2700
2950657      Citi,   c/o Citi Corp.,    PO Box 6500,   Sioux Falls, SD 57117-6500
2950658     +Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
2950659     +Citifinance,    300 Saint Paul Place,    Baltimore, MD 21202-2120
2950663      Heartland Regional Medical Center,    3333 W. Deyoung St.,   Marion, IL 62959-5884
2950666     +MACYSDSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
2950665     +Macy's Star Rewards,    PO Box 183083,    Columbus, OH 43218-3083
2950667     +Memorial Hospital,    405 W. Jackson Street,    Carbondale, IL 62901-1467
2950668      New Century Phys of S. Illinois,    PO Box 291805,    Kettering, OH 45429-0805
2950670     +Southern Orthopedic Associates,    PO Box 550,    Energy, IL 62933-0550
2950671    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court:   US Dept of Education,    PO Box 7202,   Utica, NY 13504)
2950672     +Victoria's Secret Credit Services,    PO Box 659728,    San Antonio, TX 78265-9728
2950674     +WFNNB/VS,    PO Box 182128,    Columbus, OH 43218-2128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
2950660     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 18:11:19     GE Money Bank,   PO Box 103104,
             Roswell, GA 30076-9104
2950662     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 18:11:18     GEMB/WALM,   PO Box 981400,   C77W,
             El Paso, TX 79998-1400
2950661     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 18:11:18     Gemb/Old Navy,   Branch C11A,
             PO Box 981400,    El Paso, TX 79998-1400
2950664      Fax: 2704414293 Apr 06 2011 18:01:11     Jackson Purchase Medical Associates,
             Lourdes Medical Pavilion,    PO Box 7448,    Paducah, KY 42002-7448
2950669     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 18:11:18     Old Navy Credit Services,
             PO Box 530942,    Atlanta, GA 30353-0942
2950673     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 18:11:19     Walmart Credit Services,
             PO Box 530927,    Atlanta, GA 30353-0927
                                                                                               TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2011**          **Signature:** _Joseph Speetjens_